**Location:** Chapel Hill, NC
**Total Works Infringed:** 163

**IP Address:** 99.45.71.78
**ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 385CB7D32C7D601EABBF6D086F9363BCEE7601B0<br>File Hash: A46D702A89136E3D20A5095B3E0467F8CD4ABCFF3D5F232FAB4B5EDE82799A2E | 07/11/2024 13:47:12 | TushyRaw | 06/11/2024 | 06/18/2024 | PA0002476930 |
| 2 | Info Hash: D41F89A25AF395B0005111D3B91145D8FB5186D2<br>File Hash: C7BE26C6B2C549E1195CE9B94FB4A69B056BD8309C2490A4AB19EE5DBD07BFF5 | 07/10/2024 16:21:23 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 3 | Info Hash: 51F1253479C02FCA4A71ADEFE5558C88E33B26C4<br>File Hash: F6FE6796B645E3E2F33D7547FED67429DF24119DD8248F231AFD55791E89A416 | 07/03/2024 13:08:52 | TushyRaw | 07/02/2024 | 07/15/2024 | PA0002480607 |
| 4 | Info Hash: 997305B15AEBE32E22C23FE33429117D1984DE84<br>File Hash: BC5F393C8C16B8B3FEA71470E43C2976A012BE1F312C824AED01BEE1F981FE17 | 06/26/2024 16:32:45 | Vixen | 06/21/2024 | 07/16/2024 | PA0002480627 |
| 5 | Info Hash: B03A2B673BBEC6BF18A07A80686028F51D5284FF<br>File Hash: B32345C5AC2DFF5CD32A04BF08850B66D8B1D8C9D3D220746576CC489EC9A160 | 06/26/2024 16:24:55 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 6 | Info Hash: C30B557B8086798C8E30B032DEEF7A9931628899<br>File Hash: F53D3B26B78EB444FF6F33A0FB8CB13F763D971E2426597C727FC8C702635E1A | 06/23/2024 18:51:39 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 7 | Info Hash: B73C41A6FECB63C26F23B9B0C08C90E426601FD3<br>File Hash: 5CA20C2AC76A8A21FF594B500EF6C94F2626C657AAC7A18D75A5FF4A9E91AA55 | 06/04/2024 19:15:41 | TushyRaw | 06/04/2024 | 06/18/2024 | PA0002476918 |
| 8 | Info Hash: 97A41C467385492F6BA59EAAC9FFB0A1C57DBABB<br>File Hash: 3080E3F7D573E92EF43EE9501A4C3ABA9D197720B16A0D2777D0437AD8768131 | 05/28/2024 20:04:38 | TushyRaw | 05/28/2024 | 06/18/2024 | PA0002476916 |
| 9 | Info Hash: CE540EB2C512DC71660CEAC109F6CA4DDA5C8B55<br>File Hash: D1EE45C3581062A21D660DB171416E93C490068555DE3290CBB2165C8E920204 | 05/27/2024 20:37:10 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |
| 10 | Info Hash: FCCAB67387BE6603B90B027D52CD972482A4E436<br>File Hash: DE905711465EFB93CFC141D74D95F46DD238B45195F6E54FFE7294BB325215FD | 05/21/2024 18:48:10 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 11 | Info Hash: 77916C0D54977FCB426183138EEC392A443EB243<br>File Hash: 8C3D88FF0B92A8B433F8706624F4C5E57EA9A12523FF87E0CDAD58A411EBC1AE | 05/12/2024 21:37:34 | Tushy | 05/12/2024 | 06/18/2024 | PA0002476874 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: FADBAB57BE4E701D27B897903464DCC71C8040D4<br>File Hash:<br>A162CC874861122DD5DC06D29B6C6C7F82463CA272413AB80B60BC02D57FE801 | 05/07/2024<br>20:08:22 | TushyRaw | 05/07/2024 | 06/19/2024 | PA0002476875 |
| 13 | Info Hash: F93053EB7AE38549561648262C4032A93B0ABFD7<br>File Hash:<br>97FF86DA6173710C4E500B1D373D6D9A1B7E54FF2DD3F95D17B004B40834AED6 | 04/23/2024<br>21:41:29 | TushyRaw | 04/23/2024 | 05/09/2024 | PA0002470229 |
| 14 | Info Hash: 34EA5C14685CC758F7216A6AE68F51E86DB46E91<br>File Hash:<br>355D5DBC56381D863224E3A0B41FC1320271448B44B9E6C025A0741B002B69F5 | 04/17/2024<br>03:15:06 | Vixen | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 15 | Info Hash: 599492065721B370143E0561ECB996E6FACB9006<br>File Hash:<br>4F3FA8FCFEC235255C9643BE263C49944AE8110EF691E94C0C011A7029150B69 | 04/14/2024<br>19:43:02 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 16 | Info Hash: 28CEE246BCC571FEE245129BCD4831E99BE89E57<br>File Hash:<br>8DC04F5C1306F8375037F13B9E7D6C19444B8B0C211DD6A27F713D576AEA6A95 | 04/11/2024<br>17:37:06 | Tushy | 10/15/2023 | 11/13/2023 | PA0002439634 |
| 17 | Info Hash: 133235ADDA6B1AA41E62133A9F8010349199ADAF<br>File Hash:<br>E258F3D5F237FBDF164F78A22522B46E28E85F96C80A3DA7A8BFD3CCA20F9A7E | 04/10/2024<br>15:40:36 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 18 | Info Hash: A50D80E63DB35865A0C4FE9A930838DED7CB448A<br>File Hash:<br>E6F5597E19CDE4517CDFED52D85EC38DF6346759750A5B49FDB58FC9D0B2F5AF | 04/09/2024<br>22:22:00 | TushyRaw | 04/09/2024 | 05/08/2024 | PA0002470010 |
| 19 | Info Hash: 2015222A1DBD5F91B30C833503A75568969E7C89<br>File Hash:<br>32CDA9EC3DA2369B3C0DCBE1B581F79F95C82432971105532A573360B9BE58C4 | 04/03/2024<br>13:26:14 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 20 | Info Hash: 9C9E71010F43D8FFCC6D89E93726D47932458B69<br>File Hash:<br>5D95751D4D727903A868FB032F63E83EA1BF9F8634816BB9F7DE7176FC35BE92 | 04/03/2024<br>12:59:01 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 21 | Info Hash: C53946C97B226C06BE28B29962D81DD4311C318A<br>File Hash:<br>84D3DDD0B642C99A94135BF2A3015E727FA42FDAA94E68297E2A6E8363B51464 | 03/28/2024<br>17:07:40 | Tushy | 02/26/2023 | 03/06/2023 | PA0002399996 |
| 22 | Info Hash: 91D64B0859A61F601D8FEDACA1A993471852C689<br>File Hash:<br>8A11155EE610306A2F8B4ABE44F54C576C2829F7B1FB453D18182C1EB232AE62 | 03/27/2024<br>12:19:40 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 23 | Info Hash: 98C25A6FE4621A8A9F450D84A02D0DD1D6C45116<br>File Hash:<br>A4A41A2F5CFCE6173A83C7C6A38624DE82058526068ED56B7A38F7D0024095DF | 03/27/2024<br>12:13:07 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 5D35471DEF9BDC9CC27CBE6F59825D78B939DD31<br>File Hash: 39A3AAC7B20F936D02A29F3DCFBC36B6198799275620AD6939F98559AEACC6E1 | 03/25/2024 16:09:01 | Tushy | 03/24/2024 | 04/12/2024 | PA0002465214 |
| 25 | Info Hash: AB28ABFDF0826EFCA0D0BDCCB9618831EB83A045<br>File Hash: 505265ED8476FE699DAA0AC2A3DDDA981DE782B2B51A5F78504F910717975886 | 03/19/2024 19:07:00 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 26 | Info Hash: FE09419DB49C444650362D506FBECEB774047254<br>File Hash: BFA634C3731DBB200BA5BD427269930AD950DDD4F608C25382A271FFE7CB43AC | 03/18/2024 12:05:25 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |
| 27 | Info Hash: 87682683EC37CDD9F4A3F5866748612EF65EED51<br>File Hash: B8A61AC835E93CCC81A6B5448A206A55972948BB595621A2EC444E72C8B98CAA | 03/13/2024 16:36:24 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 28 | Info Hash: 66F7F44B51785117E1904F34247EDB2C087B6B17<br>File Hash: 8AA164C1F743C8D9E9E4DE2D8ED119B48972B7B03ACAF163CCB0E37C29E6562D | 03/10/2024 23:00:42 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 29 | Info Hash: C5B266E871991178BC959E113F8FEC9E7EE84EBE<br>File Hash: 8700DB9ED77D006F16CBE154B665910BE7B2DA058667F5A464D9C4B49F8E20D9 | 03/08/2024 15:07:38 | Tushy | 06/20/2021 | 08/20/2021 | PA0002312019 |
| 30 | Info Hash: 1F83C96A293D2CE71746F5BE40B362B062AA8555<br>File Hash: DDA8ACEC7500BC16F9CD403E74EE0A8235D097EBE38CC3872EC63016F935041D | 03/06/2024 16:30:03 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 31 | Info Hash: 0BCF3206DD2E2560ACA62DD65876A037AD762691<br>File Hash: 8F4685702E83DA73B3DC1CF34A0463F14D6142204357E115A8C90739E125FF23 | 02/27/2024 19:26:12 | TushyRaw | 02/27/2024 | 03/12/2024 | PA0002459339 |
| 32 | Info Hash: E6E94E736131967FDA771A18CC58D042E0B12FFA<br>File Hash: EAD7A875AF24D66045AC16808606CDDBD191FF50A3951F15F4DA831B72DB332F | 02/26/2024 17:32:06 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 33 | Info Hash: 48D1F031B84954FC444680282401C5AFA774D314<br>File Hash: 24896C5861307687BD4D630957DE4C37266597D784C2625FE929CA0957D1D78F | 02/21/2024 16:22:16 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 34 | Info Hash: FF0FE8BC3138C02B6A6DA43B9EF5837F41C59B72<br>File Hash: 946A78C88C0F773AF2F7F1C2F7A73ECAA5859B09BB8F97D3363FD760641BA172 | 02/19/2024 14:14:04 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |
| 35 | Info Hash: CDF2D5D65E021BAEA6386F913847C68906632E71<br>File Hash: 5C3B05C916121D8E913967EB1FB8775F5AD8A077F8E325E60735B0B6AE35F5F9 | 02/06/2024 19:47:11 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: CACD4F18BA91C82F79FFCCF4904ED1DE10530850<br>File Hash:<br>221E1140EC339CCC27A55E2E44946A0A6A5F1CB121B36A30A7858E2C5C3E6473 | 02/05/2024<br>17:39:58 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 37 | Info Hash: 773375756E29F48AD83D332B2587CF1C7DA1BA71<br>File Hash:<br>75B315AAF9137542699E7C4BD95EAA8DDA3BAFBAD2DA297594F94B59E35219D9 | 01/23/2024<br>16:57:19 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 38 | Info Hash: 2624EA4A5512AAF17272C8E732B1E9AF98FFEC41<br>File Hash:<br>A5A9DF91EA8E81BAA4D7E3BC9E6FCC73648C5CC1DCEE8B4A0451D2D991446ADE | 01/19/2024<br>16:03:59 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 39 | Info Hash: D180CCB76299423461544F293503A24A3ECBAE97<br>File Hash:<br>71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 01/18/2024<br>17:41:35 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 40 | Info Hash: CBB079EE5A6F104B57A3594866686A026D1A3760<br>File Hash:<br>186FABA1014438220A8236BEC6CF5B4BF5AC52076BF4B99D715368B292C7D6E6 | 01/11/2024<br>17:21:00 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 41 | Info Hash: 86EACEF33A470A47EEB133943FF04EB390F897A8<br>File Hash:<br>D32F2B4068A7598B50A5DD4C795E35593F12ADD352FB752D4A20AE6A43828D9F | 01/08/2024<br>17:58:15 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 42 | Info Hash: E6FF3A1203DD54D804351B9D7434A64144FBC10D<br>File Hash:<br>78CAADB01653199F3998752BC7B78EE8FAAF6090787FBF4AA3CCC7F234298787 | 01/05/2024<br>12:53:09 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 43 | Info Hash: 9209F69C1316D8FE013660608AFDB078AB05D569<br>File Hash:<br>C06C891DF9F5A28084FBE35C894ADD872D874213C4E1A19EEBB9764EA9FB73B2 | 01/04/2024<br>13:09:16 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 44 | Info Hash: 45821966CB97DBFF22F44634B5C0EF69AB5DFE8A<br>File Hash:<br>4BAB02CFA8BC0065C4EDE5CCC9A5CA34D88C6E69BC8BAE4FFB59AE29E432955B | 12/29/2023<br>15:08:14 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |
| 45 | Info Hash: 24AF07258FC24C34285B74BBCBF1ECC99315E6C7<br>File Hash:<br>2BAF7C0F9F6C95093A597AC6F307C8E5CA6AF1E1DCD68BF25C102FC02271E980 | 12/20/2023<br>20:43:53 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 46 | Info Hash: FEB3A6CA8E811E19B823F95A4A9CA0FEDDB251C6<br>File Hash:<br>C338CFB55BDBAC819E5E8C16A48DEC32BEAD129DB5886A5EC9E029D9CA6F736D | 12/14/2023<br>13:32:06 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 47 | Info Hash: 51A2A42D498BCA31FE70E3AA7A4465089B284971<br>File Hash:<br>A768A5B74BF53595D162D2FB180AA60E3ECA89833F9B73D13E7F929C8C66D7F4 | 12/11/2023<br>17:13:35 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 4319E0C20BC84337A77199A811C8467171B50865<br>File Hash:<br>75C36ED19990D3F9C73796B8A0129662C38003684E05D00068578F3095C6A991 | 12/07/2023<br>13:20:35 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 49 | Info Hash: F62C2A74CD5E3622071519075382940E012291CD<br>File Hash:<br>5713795177B739CD4BD8CCEE397FC9DC336BE05B82A3D7BEBDA95E5882E9EE6F | 11/30/2023<br>16:20:09 | Tushy | 06/27/2021 | 08/02/2021 | PA0002305088 |
| 50 | Info Hash: F283DDF582D71D436D27F13FE3660EBF4BAF340F<br>File Hash:<br>83AEA0D567A70F6DC7EAA75487DD3E9135D6C52C4EC2F0582C1AA6672EA32532 | 11/30/2023<br>13:20:04 | TushyRaw | 11/29/2023 | 12/13/2023 | PA0002445424 |
| 51 | Info Hash: 38ECB15EF7B83F7F4FF49C0AE97DE5626A09A831<br>File Hash:<br>E04BBBC076854B0CDB8DD30411C9B8FA88C01299EEDEC432FA323696D2DB0FDD | 11/27/2023<br>19:34:59 | Vixen | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 52 | Info Hash: 8210F1DC309A2DD453201446A6329E16D7694A89<br>File Hash:<br>DC7B153A2EDB7F4D11AD0911B88B7561404606B8AEC8ECCC6476FBA128BEAD35 | 11/26/2023<br>22:09:47 | Tushy | 11/26/2023 | 12/13/2023 | PA0002445325 |
| 53 | Info Hash: 85E5AE685981C5BED4E73A49E1185912284CE4EB<br>File Hash:<br>ABB5E382D38928723839F4BD7B345A03E67A0C885C4E5BF4B4C3DD5AC6885AA1 | 11/26/2023<br>00:40:07 | TushyRaw | 11/22/2023 | 12/13/2023 | PA0002445429 |
| 54 | Info Hash: F30B102896B38F7A0F2FEF9C924FF83830E1DC58<br>File Hash:<br>339F64AE716BA398288DAF6C1B5752158E00BB6B76285C96A83B477A7C7CD79F | 11/22/2023<br>14:57:21 | Tushy | 08/07/2022 | 08/29/2022 | PA0002367740 |
| 55 | Info Hash: 9E04DE9479F3A1A325CF22DE98B6353DC3A2F9BF<br>File Hash:<br>A00E2BE1681348EEFAF490591C6A249167ACAFDCB491E1A495BD7356F79C2F67 | 11/16/2023<br>14:17:08 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 56 | Info Hash: 66A6A66A240B3C1C99B701127F02B0668B11C1FF<br>File Hash:<br>F7BE3522CDBFCBB8A1D61FC52AE3E87D31F18E0DAD6807DCF9FE7271AE8C2C8A | 11/13/2023<br>17:16:14 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 57 | Info Hash: 8182E382A122ED22BA19C1A5BE12B904DEF3C9E0<br>File Hash:<br>27DE3635E4735BAE1A69751C03113DAA0F6A4679C5029C7DF1197B801E5CECCB | 11/09/2023<br>13:25:35 | TushyRaw | 11/08/2023 | 11/14/2023 | PA0002439690 |
| 58 | Info Hash: CD0AF2CD592621C2E6B913C8A10B7230A5F13175<br>File Hash:<br>20B08EE941C93C8C90997C7CA47C8815DAF2F66D80DB947AF83F2E906DF177E8 | 11/05/2023<br>22:14:55 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |
| 59 | Info Hash: C630FC21D82A70CBF99176DF7A000A1D961CCA83<br>File Hash:<br>85BB6E61CA1AE4AFD1BE6C0F6DA94C1D7B4022455033592CC1BF2D291B4BF313 | 10/30/2023<br>12:31:51 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 9F556A7A5F5B60BC7F6ECF14D0675444A9716DEF<br>File Hash:<br>3FBB147E77F58F7E66A68A9BC75C2D288C7333044D93D0AB4591286A88BD0AD0 | 10/24/2023 19:22:14 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 61 | Info Hash: 753C56352899C5A7DD265E39ADDB7C75A2B9DDA6<br>File Hash:<br>E46DB9F79AEB5A17220F2BB9FF5C34251F8FF9C3F1E20AFCD467145D47A1C4BF | 10/23/2023 17:39:00 | Tushy | 10/22/2023 | 12/05/2023 | PA0002443588 |
| 62 | Info Hash: C40F6A98512F84D9D0C838BF9FC66544941725B4<br>File Hash:<br>3B4832C1E78ED9ECAD5D29B7648F8A669A3A3C00284699836CE0E676552CD6EF | 10/19/2023 16:53:05 | Tushy | 03/13/2022 | 03/29/2022 | PA0002342866 |
| 63 | Info Hash: A732D3ED374098FA24549022F3E52F520BF8F062<br>File Hash:<br>56CE9FC3C6D3ABACA11E74AFE92697D4E9AE6BA26DC93B08CB5B7418AD6502A5 | 10/19/2023 14:39:48 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |
| 64 | Info Hash: 13FC6B6EE61DA4E2EEC03351F89AB9631AAE313B<br>File Hash:<br>BC5E495A452BCABE454947F7A83600995319CB6857FFB48D8770387D4FCE1DEE | 10/12/2023 12:48:24 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 65 | Info Hash: E8131604A6BF155047B11078AE13229B35757F5B<br>File Hash:<br>ABD73C642FF1470750A47F953CC22F6C65DC372B557AD3325FC627BC0AF48DCF | 10/09/2023 12:58:45 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 66 | Info Hash: 2F475A9A500EA37DA13ECE5110722D4BD6426F8D<br>File Hash:<br>5D79478F8A20CB973983BC94E724DB1DC6F996007062031BB968FA820DF28722 | 10/05/2023 12:22:38 | TushyRaw | 10/04/2023 | 10/18/2023 | PA0002435604 |
| 67 | Info Hash: 9C883E9525435CA3A4CA4A1530365E8E9A1B26F4<br>File Hash:<br>51157BC26FB0D875181E10FA3BAB90450DF40A7E0350312A99DBFF0B1B6C5EC3 | 10/01/2023 19:55:32 | Tushy | 10/01/2023 | 10/18/2023 | PA0002435349 |
| 68 | Info Hash: 2A880B62284E503072253D9DEBF7094BBE955399<br>File Hash:<br>C7278155BF563CAD6A35588CB1A9175227FAC2DC500884C892B9FDAE16063EA4 | 10/01/2023 14:10:32 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 69 | Info Hash: 5BE03AAE12E342DDB9FE93A286686DD7530CEBD5<br>File Hash:<br>FD61A3CBEA4B2D15E95D57309D40E0D9840D27EA285D80659925A86141B239A3 | 09/04/2023 20:45:21 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |
| 70 | Info Hash: 1F60A792735E33DA783368483F858EBA47836DAE<br>File Hash:<br>27E77AEB089867908654A73D5E30AE994B9113DA934580242A7B42B7E42B13A3 | 08/16/2023 19:37:08 | TushyRaw | 08/16/2023 | 09/18/2023 | PA0002431113 |
| 71 | Info Hash: 4737311B2F2EF13CE8D4D00DB133FD92217FE068<br>File Hash:<br>9819AB75418CDF63B4E0558DF77765175A796FA655E9E05971000CD635715943 | 08/16/2023 11:40:56 | Tushy | 08/13/2023 | 10/18/2023 | PA0002435313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 1F1523CE21888D1021051942687079E80D7FEAF9<br>File Hash: 3BFE3E7ADD2B56B7B35F7DEBC325845D867DE725DEF6C4FC1CA7C3C918212DEF | 07/18/2023 05:57:39 | Tushy | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 73 | Info Hash: F8583702AE872EE053184CA6080068C9F92E88CD<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 07/18/2023 05:56:19 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 74 | Info Hash: BDD8DFE941553C738B3BB2B933B08A37F415084E<br>File Hash: EA779EC9A0B89E90A68B48717EE67C11B782E39F2A183E8A503BE2AF9F448AD5 | 07/18/2023 05:55:33 | Tushy | 06/06/2021 | 06/15/2021 | PA0002296921 |
| 75 | Info Hash: 11AD8C4325C229021D898563D087A34A80235182<br>File Hash: 4CA3303A36C652F7A1F5E8C7A55026B56EC3236C7189107C0AA4E4D6BB41770D | 07/18/2023 05:54:32 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 76 | Info Hash: 3B913AE933B404738173DAD1D33E916D0867240A<br>File Hash: 488BDB6BC01026126CF0B5F73B358299761D41C158CDFF8E9791229686F73D5A | 07/18/2023 05:53:32 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 77 | Info Hash: 8036DE58781C021A1599766B591F9697E296DA30<br>File Hash: ACEA40056D593BE71EF9DAF427681F8120DD8025898938C2C9C6F3F0EB7BD0EB | 07/18/2023 05:53:07 | Tushy | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 78 | Info Hash: 8907AD2508F3D9CAA7E06983E44CB2A3021977B4<br>File Hash: 46D6DA0735E570CECFA7A43B5A80A6CA1A530AFFA890EA5B835101E07A8C70D1 | 07/18/2023 02:42:22 | Tushy | 02/25/2017 | 05/25/2017 | PA0002049783 |
| 79 | Info Hash: 245E7595EAF9BD032DBBCC7121C46D91F6011AA6<br>File Hash: E17E601B8258A8F7991ADA885BCBB266011A675682891A8EAA4F6C844B0E217D | 07/17/2023 23:30:30 | Tushy | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 80 | Info Hash: B30A24C236439A9B2C65C9234830190BD3026085<br>File Hash: E190CFF045FD226A2DC42A0014C64775CD37FE54BE08F0806F0D3BDE27234259 | 07/17/2023 22:57:15 | Tushy | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 81 | Info Hash: 0D3C54D9E89AAD1BD261AAED4A7087FC349DE544<br>File Hash: 83F6A40C5DD7D07EFF785C5804D4FE1FAA4E30048E8853F5D9683127221512B6 | 07/17/2023 22:13:14 | Tushy | 03/19/2023 | 04/07/2023 | PA0002405758 |
| 82 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 07/17/2023 21:38:12 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 83 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 07/17/2023 21:36:14 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: B49A4BDF3775C4C4EE8264D8DE8E970EBE3D235C<br>File Hash: 8CDD20A4C30D7031DC97D17EA13BC3E66FB998C11D98E6D7785EF55C895E3943 | 07/16/2023 19:07:54 | TushyRaw | 07/12/2023 | 08/17/2023 | PA0002425538 |
| 85 | Info Hash: 6E29F39D1474F6F205B1B9A80FA360AA0054D4F8<br>File Hash: C377F01FBADF8F9F1B9787EA71D8FEAF049C39F016E9544BA9D1779586D8AF71 | 07/02/2023 18:47:22 | TushyRaw | 06/28/2023 | 08/22/2023 | PA0002431059 |
| 86 | Info Hash: 875CA79E6D6EE476DE1AE5755AAE3A629CF99424<br>File Hash: 1F03323DBF4E1FE5057CBF65084D2A0AAC7A472E319493B289B581A76F952D02 | 06/15/2023 16:50:37 | Tushy | 06/11/2023 | 07/13/2023 | PA0002420360 |
| 87 | Info Hash: D4BC236892A9F5EFC6E4FC7809325068F1A2755C<br>File Hash: 14CFFCF9CE403E9A951BDEB96AE71C218BA39675B530DA929F0484648001A394 | 06/02/2023 13:39:51 | Tushy | 05/28/2023 | 06/09/2023 | PA0002415376 |
| 88 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 05/23/2023 13:44:32 | Tushy | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 89 | Info Hash: CD95167EE550C01A551B781C5014256703ECC4EB<br>File Hash: 45AF554A3A91083852BAAF3D5061A6325041DFD6440ACB8C2F3BAEFBFD7FA38D | 05/01/2023 14:07:56 | Tushy | 04/30/2023 | 05/14/2023 | PA0002411311 |
| 90 | Info Hash: 4229A61048541C2C4B6F56D025B1AAEF82CC87B3<br>File Hash: 1FE6EC555358F248B5CD014644247CE17A49AFB6200A399FD24043B5990E19F0 | 04/25/2023 14:10:32 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 91 | Info Hash: 1787BCA6DB067A3F54823BC98537A762DA78BF8E<br>File Hash: ADEF71A1D49E707F3D46A46AE8F3EC64A287D4A937E17F30C3677DB0AE24475C | 04/24/2023 19:59:13 | Tushy | 04/23/2023 | 05/14/2023 | PA0002411314 |
| 92 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 04/13/2023 17:32:04 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 93 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 04/05/2023 19:00:49 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 94 | Info Hash: 6769F1449FB0C7651F6F91A72EFDFA39EDFD9753<br>File Hash: 35EFE2E11BB1FF2A4FDA84653C8117BE486D83D40C109CAE13E44CB8C36E83C1 | 04/04/2023 12:02:30 | Tushy | 04/02/2023 | 04/07/2023 | PA0002405755 |
| 95 | Info Hash: 4E7D30CB505B64C848EAFCEEC8116F8718F8CF18<br>File Hash: C9A3EC9A7892BF93FE4AC5D6DE785B92D24413B6502112A023FF19B6ECD4BC17 | 03/13/2023 23:53:03 | Vixen | 09/11/2017 | 09/15/2017 | PA0002052839 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 364787710A1F0D63FBC7CC466D77B1028185EC43<br>File Hash:<br>81C29BC510A6468DDA009E0FA18777E1D9EF89C29DF3147EF09A60C71B4E071F | 03/08/2023<br>20:05:11 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 97 | Info Hash: 03EB15F5779542F09C546D432267B2EB9FFE4688<br>File Hash:<br>5D8090F51EC641C2E6A0FAA00992497633E9B290436B11C9E42FD81E012D58DC | 03/08/2023<br>19:57:54 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 98 | Info Hash: 9B0868ADF354DAA85E0ECB8C1DF783A6D1829660<br>File Hash:<br>A054D0D2AA55E9326D3B0F091CE06AF5C4E95E0C686E69DEBD44C9F50FB47ACE | 01/04/2023<br>18:05:24 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 99 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash:<br>12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 12/21/2022<br>14:19:35 | Tushy | 12/18/2022 | 01/10/2023 | PA0002389612 |
| 100 | Info Hash: 5DE0F105FC00E754C7A68603C1A8E3DD0386A030<br>File Hash:<br>66005ED04FAA2FA043F36536FF1BA73147CB286F0AC9CCC4034E6F08ACDDA242 | 12/09/2022<br>00:12:33 | Tushy | 02/05/2020 | 03/15/2020 | PA0002240545 |
| 101 | Info Hash: D9AB0A49CA29AA5CC6A9711F57728DF11900443D<br>File Hash:<br>612EB7ABF107081198F9583BEE843C2DFBDE916A6F5510B8A3C99041F1F9A212 | 11/21/2022<br>18:13:45 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 102 | Info Hash: AB062E9AEA87CEC3CCAE851F849174FA4140FFBA<br>File Hash:<br>8B534E44DDFA5362B05BD916A6EF45716B09742DBE8B68D21295A0CCC331460A | 11/07/2022<br>22:07:41 | Tushy | 11/06/2022 | 12/11/2022 | PA0002384747 |
| 103 | Info Hash: EC466C2FA88920BE700871206B7FC2C4785F11DD<br>File Hash:<br>1B72EAAEC424D8E87E40FCD920CE5366A8C9872E7ABCA69274E36BBD2D6206DF | 11/04/2022<br>14:28:45 | Tushy | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 104 | Info Hash: 6D0FE9E64799782A38D40296F2542AAB553B666D<br>File Hash:<br>B11096251EE86272D4D9A29CEA236275A9B4F400B97BD226DC3CF23B9CEB9EB9 | 10/28/2022<br>15:04:21 | Tushy | 02/15/2020 | 03/15/2020 | PA0002240542 |
| 105 | Info Hash: DADEA9FF9C6F53C6973CED82CC1281025A6469D7<br>File Hash:<br>42051206257E5D242799194613603132CDD4F80FD91A76EF8DF2DB2B2D6CBFA9 | 08/22/2022<br>14:24:41 | Tushy | 08/21/2022 | 08/29/2022 | PA0002367745 |
| 106 | Info Hash: 9624F0C576A9C826EBB189E24184D2EB6A790205<br>File Hash:<br>2AE74502395EDB1857F9247AAF76EB827E628569A5E0EB7D0F18C5154509B8EF | 07/25/2022<br>13:25:07 | Tushy | 07/24/2022 | 08/29/2022 | PA0002367746 |
| 107 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash:<br>22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 07/23/2022<br>14:58:41 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash:<br>55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 07/19/2022 13:39:25 | Tushy | 07/17/2022 | 07/22/2022 | PA0002359476 |
| 109 | Info Hash: E4D5FF974940BB9BE109E06C32B1B451602CA5C8<br>File Hash:<br>C5F8DFC32B7D8EE2BD75BB4F986DA24BEDD0FE8B4456C3D61F20C1F916B40FB2 | 07/12/2022 17:38:10 | Tushy | 07/10/2022 | 07/22/2022 | PA0002359469 |
| 110 | Info Hash: B8C7FB5498F0FF7EBA5208A6516F23C5FE8FC26C<br>File Hash:<br>EB6023B1657E210E86575F931569CCF8B2FBE7EA18E20EA36311A311C0FE0414 | 06/28/2022 21:31:32 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 111 | Info Hash: 8B52FD7A90E10A36119BF71791AE13499BB0C147<br>File Hash:<br>E4FD910C32EB3F9DA439D8C9E3D9352567BC4BFFB5B9E448DBBD08E867C155DB | 06/28/2022 21:30:37 | Tushy | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 112 | Info Hash: 0326E8923C58852725F5A7857833A4CD3E715289<br>File Hash:<br>EB3C80E13EB9DFE3FF4EEDC727D7A5EB870F02C07E13BE27431FE9073FFD975A | 06/28/2022 18:26:15 | Tushy | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 113 | Info Hash: 52676DB8AF414DEA769B50EB28C052C61D366D93<br>File Hash:<br>A0F581D867DCE8B0FD37D0595915854EB7D99DDCB8FC0253B35CCFDB4A627603 | 06/28/2022 18:25:57 | Tushy | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 114 | Info Hash: 0F882DF3031567E79157441B3F0403584130F2C7<br>File Hash:<br>17AAFC07AFAEBC0D700A597600984FA688FBFEC73B748F116D36D4CA277A53D2 | 06/28/2022 17:35:23 | Tushy | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 115 | Info Hash: E1C14843DC58F3CB2CCB7383B242E4EE8D32363B<br>File Hash:<br>B2B52FF8692BFD0B5B86AD10AFC1C974F24A7E19CA3761D99B7A306ABAEC104F | 06/28/2022 17:35:11 | Tushy | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 116 | Info Hash: 0D7FB99F5AB358D6F0F6F4902CB16034C2AB618E<br>File Hash:<br>66A006D33BAEFF597C6F7C1122E7E8CE9974BA3B61182279E4DB64247FC0AA79 | 06/28/2022 14:31:31 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 117 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash:<br>4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 06/28/2022 14:30:04 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 118 | Info Hash: EE28F83E62FD7A6475AED2E4FBFFF5F4277A2292<br>File Hash:<br>FF26F69D0417FC6B0EFAA46549E74C087F79F58326D2C7EC70309C521246AEBB | 06/28/2022 14:21:15 | Tushy | 01/11/2020 | 02/03/2020 | PA0002236483 |
| 119 | Info Hash: AEA2A54A10B734C86EA9A7997223B49989896BE2<br>File Hash:<br>41041503E1C182A4AAAF199D41D54B74439B9907271000EF4C8CEF9F1DE3998C | 06/28/2022 14:10:02 | Tushy | 07/04/2021 | 07/08/2021 | PA0002300663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 912683599A2B97B6405316B99F3BF9DCF5600C4E<br>File Hash: 8FE6145778ADD52AB56701731A8A40D139C1226A1CC859353BCC1DAFD5DABA6A | 06/28/2022 13:58:54 | Tushy | 06/05/2022 | 06/27/2022 | PA0002355037 |
| 121 | Info Hash: 1D70DD1D5E4504AE762702E5515F25993261D41F<br>File Hash: BA0577A5EAAB107EFB79126309013C3012B7C4CB5DB883C851E919B3FA215813 | 06/27/2022 12:42:14 | Tushy | 06/19/2022 | 08/10/2022 | PA0002370907 |
| 122 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash: 45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 05/31/2022 17:42:44 | Tushy | 05/29/2022 | 07/21/2022 | PA0002368036 |
| 123 | Info Hash: C48092E903EF19D5A3D638C59DCCA893AFD5C8EB<br>File Hash: 24CDFBD7379A97D9AB067D89C486912278954DC48B63D765AD592A24E68F7F0D | 05/24/2022 16:58:42 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 124 | Info Hash: 6994C08B941B555C03A00C15917B31E6A506170A<br>File Hash: EAB4225338778C990F50515DEB45C295E0ED058F2390E004E480E8E284ADF548 | 05/24/2022 16:54:09 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 125 | Info Hash: F8C4EB3462B1DFE18B765962D874BB49B6168B0F<br>File Hash: 2D0F485A86EB3EF4A7B4FAE48CCB0BC182195B481DEBA89EC12C66779C4AD0E3 | 05/22/2022 23:03:38 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 126 | Info Hash: 42FA8D55C449F1B251CBDCA779AF8B82B924AD80<br>File Hash: D6C85B7BA86DDD171CE5666C07E93A63B28CDE64195EBCD1FF3CAA1FF5DD4773 | 05/19/2022 18:03:41 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 127 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash: 65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 05/17/2022 13:44:48 | Tushy | 05/15/2022 | 05/20/2022 | PA0002350379 |
| 128 | Info Hash: 3D5E2315A5B5A6730F2D7BE6EE853CA790FFFEA1<br>File Hash: 6B70DD0F4DE298F139E72133BCC77A9EF5A0B4B7FF25A25895B6AA8D01BB1AD9 | 05/10/2022 16:49:36 | Vixen | 02/18/2022 | 03/29/2022 | PA0002342837 |
| 129 | Info Hash: E07877B71CF19666B48388AB9C202988860AC477<br>File Hash: A322DDC118786F478AF8E88429DB19350012AE87942D7E47B70598691EC6D8EC | 04/15/2022 15:05:05 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 130 | Info Hash: 6C9157F589F10DBB923A2C6F0EA79D211FE2D789<br>File Hash: 1B6B502903A781D43CF83C84A057633749B639CC9E15E0B0F89E912E0966A04F | 04/12/2022 16:42:23 | Tushy | 04/10/2022 | 04/23/2022 | PA0002346425 |
| 131 | Info Hash: 61E8C24BAE1C74A2BF4F49545B5A6A4C58712113<br>File Hash: 50D2B12DE417DDF3F5459A62E7E8BD33C9E68C79C63B45AD7194EA39E2CEA70C | 04/07/2022 21:51:28 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 0FE305D76CCE80D3A29532297DD678EC3F80A872<br>File Hash: 1F0863C052BE7EF4F411A62969D8F455E38A4BC82B7FEEA5FABC59AB9E498392 | 04/05/2022 20:26:12 | Tushy | 01/24/2021 | 02/26/2021 | PA0002283696 |
| 133 | Info Hash: 50EA4986D5F3A2D7C37D02120A0AF6CB8E6F6C23<br>File Hash: 0B8432267E2CA76F91E49252D1439CDAFA9F304C36A01EF251C41846285AB95A | 04/05/2022 14:13:57 | Tushy | 11/08/2020 | 12/09/2020 | PA0002274932 |
| 134 | Info Hash: BCC1118765B5015E66375078B1FFC0CCC93767A9<br>File Hash: 278388144EF640ABDC6A2C211FBDC9212270D2E438AC4AB8B7963F0662EA4AFB | 03/22/2022 13:28:07 | Tushy | 03/20/2022 | 03/29/2022 | PA0002342842 |
| 135 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash: C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 03/08/2022 13:14:13 | Tushy | 09/26/2021 | 10/19/2021 | PA0002317053 |
| 136 | Info Hash: 806A4885B185A2142C77C1FB2B0BE7970A60421C<br>File Hash: 7BB7231871BFC8FC0FCA6EE3732502B5DD91A04E1E5D169523B1A1219F2302D7 | 02/21/2022 14:23:00 | Tushy | 02/20/2022 | 03/29/2022 | PA0002342839 |
| 137 | Info Hash: 7187921EA9FCD6A45613346F742B048B53088923<br>File Hash: A38570FA0B1ECFD592AFC77B4EF2BFBAE9B2D87E31DB74B2604DDFEC650BE5EF | 02/14/2022 22:33:50 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 138 | Info Hash: E84318F2F7FB9B4CDF76506BA67BC638FF1ECDCF<br>File Hash: 45A7F9EA7AC61A98A01FD9E9FFC5D770FAAD93AE5242172539E1F9585799486C | 01/26/2022 22:22:21 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 139 | Info Hash: BBA0B341681750252FE96F8D7288C3D8166CD318<br>File Hash: F4A89E270EF0FDB8CCB20F20786A9DD3AEDCEE5D709929DBB3233F0548C7EE91 | 01/25/2022 18:12:31 | Vixen | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 140 | Info Hash: 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F<br>File Hash: 6835C1A6441FBAE9898A2B111A27114883EBE7CBE0E452062F4A71AF10D9029D | 01/25/2022 18:03:36 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 141 | Info Hash: 654FDEBA4D88249E1F34D0661AB9A548091828CC<br>File Hash: 8F91DA39430C2711DC1B6E92FB5E47B090DE8E67D9F33620B35E3F3ECA8DA5B4 | 01/25/2022 17:57:03 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 142 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 01/25/2022 17:39:35 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 143 | Info Hash: 3BF8426F875DECFA85506D36A574F80B2A19F08B<br>File Hash: FB143D4830531FA2EB332A2331C575F176F0BDECAA39B9C3AA9588E8BF72EABA | 01/24/2022 21:04:07 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: 23CBE6A944E35157A6275B62AAC3097051A0FF54<br>File Hash:<br>AAE0D0DE3B4C45CFF4784E94CFE3C4064820E4417F9D87874006EC01ACD20533 | 01/10/2022<br>14:39:03 | Tushy | 01/09/2022 | 01/17/2022 | PA0002330112 |
| 145 | Info Hash: 2E488D2530B78399628D50E819179A23693E120A<br>File Hash:<br>7B75D65C107E15B751BDD24B4FC32F760B3E817F58BFB088434E7A96317F91ED | 01/04/2022<br>19:12:57 | Tushy | 05/16/2021 | 06/09/2021 | PA0002295592 |
| 146 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash:<br>FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01/03/2022<br>15:09:05 | Tushy | 01/02/2022 | 01/17/2022 | PA0002330092 |
| 147 | Info Hash: 89078B825B33412AE3E21B85E2D1E12BCBB484B5<br>File Hash:<br>3BFFECDB6CBF00BA1E7069DE3C82F661138D01D29E9E05C51F728DA06DBF8557 | 12/28/2021<br>21:54:19 | Tushy | 12/19/2021 | 02/03/2022 | PA0002341852 |
| 148 | Info Hash: 1798C2741436D0EF0A3A44D75E816B3FDC2FC368<br>File Hash:<br>F5CD6B191A1A2DA17E59180FE67B57A65D987F2E8D46ABD9A7CBD0970C2688CF | 12/28/2021<br>14:55:59 | Tushy | 12/26/2021 | 02/03/2022 | PA0002341847 |
| 149 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash:<br>B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 12/14/2021<br>17:32:01 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 150 | Info Hash: 3FEE7C487A35F7E6AE78A807A44B844FC26A82EF<br>File Hash:<br>CD9DF4DA3207DFBAEDC3352231540A2EA0390A71EAA7A3FEC2492C3DAF4E8D78 | 11/29/2021<br>13:54:21 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 151 | Info Hash: 31463A05BD9932D88942648FBCDEC6C01152FD5D<br>File Hash:<br>751638DFB123E558700B9503A5DC77247D34B69FC25E1B54F5C03F9F37CF79A2 | 11/23/2021<br>12:33:56 | Tushy | 11/21/2021 | 12/09/2021 | PA0002325830 |
| 152 | Info Hash: 7A7D80D375B6F94E76B856B021171416B7967039<br>File Hash:<br>B0F99A1D04BF2EA4236A73F706F24F9827426A7AAB5A5EDBF038708C3C88BC9D | 11/09/2021<br>13:38:24 | Tushy | 11/07/2021 | 11/11/2021 | PA0002321317 |
| 153 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash:<br>D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 10/29/2021<br>17:05:47 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 154 | Info Hash: 8E939F66D705AE3BCC217AFEC9FD8C8E2E1F0E4A<br>File Hash:<br>EC6D026D4D18FC26896D85659033F8E5D0106163F17BD2600B7CD7A997138CDA | 10/28/2021<br>19:19:47 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 155 | Info Hash: 8303351E7268A53776418B72609DDC55ED776871<br>File Hash:<br>13B6128DD50D26C1EB937A965116DCE11670B222CC5D89FED975EE133CA55338 | 10/25/2021<br>13:35:30 | Tushy | 10/24/2021 | 11/11/2021 | PA0002321315 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 156 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash:<br>6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 10/13/2021 16:26:24 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 157 | Info Hash: BE1C986C39E269B6A3CE6F2E34AC0990906C8922<br>File Hash:<br>7AF923F3CB9AFC2B76BA6EF76711635F50CE06ACA09B816B8DA8A4E034884067 | 10/12/2021 16:15:46 | Tushy | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 158 | Info Hash: 992DB108BB4AE7B869DEC758FF0FD2A5B3018F19<br>File Hash:<br>2E421979080037393F3212A9C74F9DC5FFB8F6DE529348D16640F96CE2296F35 | 10/12/2021 16:08:35 | Tushy | 10/10/2021 | 12/03/2021 | PA0002333661 |
| 159 | Info Hash: 46FB5C95563AABB928C3CA89102A1C19A404CB80<br>File Hash:<br>D3EB1AB98FC7784A0865D9F50C3CD83D1E7802AF5892D6904AFB68E5D0C6F1AE | 10/04/2021 13:16:39 | Tushy | 10/03/2021 | 11/01/2021 | PA0002326410 |
| 160 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash:<br>622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 10/01/2021 15:11:25 | Vixen | 09/29/2021 | 11/11/2021 | PA0002321322 |
| 161 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash:<br>7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 09/29/2021 17:09:05 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 162 | Info Hash: FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash:<br>B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 09/29/2021 17:03:59 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 163 | Info Hash: 15C91360B96EC4FC534313AD0435C151DAE55696<br>File Hash:<br>7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7 | 09/15/2021 14:01:34 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |